Jacqueline M. James, Esq. (#1845)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

    v.                               Case No. 7:23-cv-09580-NSR

JOHN DOE, subscriber assigned IP         Judge Nelson S. Roman
address 74.90.198.218,

                Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 74.90.198.218. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: March 04, 2025          Respectfully submitted,

                              By:   */s/ Jacqueline M. James*
                              Jacqueline M. James, Esq. (1845)
                              The James Law Firm, PLLC
                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 04, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Jacqueline M. James*_
        Jacqueline M. James